10/03/24 12 21PM

| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the |
| SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) _____  Chapter  11 |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

If more space is needed, attach a separate sheet to this form On the top of any additional pages, write the debtor's name and the case number (if known): For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| 1 | Debtor's name | **Louisiana Apple LLC** |
|---|---|---|

| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | DBA  Applebee's Neighborhood Grill & Bar Restaurants |
|---|---|---|

| 3. | Debtor's federal Employer Identification Number (EIN) | 82-5403136 |
|---|---|---|

| 4. | Debtor's address | **Principal place of business**<br><br>**Three Brickell City Centre**<br>**98 Southeast Seventh Street, Suite 1100**<br>**Miami, FL 33131**<br>Number, Street, City, State & ZIP Code<br><br>**Miami-Dade**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P O Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | Debtor's website (URL) | _____ |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other  Specify _____ |
|---|---|---|

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page 1

Debtor  **Louisiana Apple LLC**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **7225**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

10/03/24 12 21PM

Debtor **Louisiana Apple LLC**_____   Case number (*if known*)_____
          Name

| | | | |
|---|---|---|---|
| List all cases If more than 1, attach a separate list | Debtor  **See Attachment**<br>District _____ When _____ | Relationship _____<br>Case number, if known _____ | |

**11. Why is the case filed in this district?**   *Check all that apply*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes   Answer below for each property that needs immediate attention Attach additional sheets if needed

**Why does the property need immediate attention?** (*Check all that apply*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options)

☐ Other

**Where is the property?** _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes   Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one*

■ Funds will be available for distribution to unsecured creditors
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

10/03/24 12:21PM

| Debtor | Louisiana Apple LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 4, 2024**
                         MM / DD / YYYY

X _____      **Michael I Goldberg**
Signature of authorized representative of debtor      Printed name

Title   **Receiver of Louisiana Apple LLC**

**18. Signature of attorney**

X _____      Date   **October 3, 2024**
Signature of attorney for debtor                            MM / DD / YYYY

**Eyal Berger 11069**
Printed name

**Akerman LLP**
Firm name

**201 East Las Olas Blvd**
**Suite 1800**
**Fort Lauderdale, FL 33301**
Number, Street, City, State & ZIP Code

Contact phone   **954-463-2700**      Email address   **eyal.berger@akerman.com**

**11069 FL**
Bar number and State

10/03/24 12 21PM

Debtor    **Louisiana Apple LLC**    Case number *(if known)*
　　　　　　Name

Fill in this information to identify your case:

United States Bankruptcy Court for the

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)*　　　　　　　　　　　　　Chapter    **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **Kentucky Apple LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida** | When | Case number, if known | |
| Debtor | **Mountain Apple LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida** | When | Case number, if known | |
| Debtor | **Oklahoma Apple LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida** | When | Case number, if known | |

# RESOLUTIONS AND WRITTEN CONSENT OF THE RECEIVER OF:

## LOUISIANA APPLE, LLC.

### AUTHORIZING FILING OF CHAPTER 11 PETITION AND OTHER RESOLUTIONS

THE UNDERSIGNED, Michael I. Goldberg (the "Receiver"), as the Court appointed receiver of Louisiana Apple, LLC, a Florida Limited Liability Corporation (the "Company"), pursuant to the applicable provisions of the Florida Business Corporation Act, Chapter 607 of the Florida Statutes, and pursuant to the Order Granting Plaintiff's Second Emergency Motion for the Appointment of a Receiver [ECF No. 65] entered in the case of *City National Bank of Florida v. Louisiana Apples, LLC et. al.* Case No. 1:24-cv-23285-RKA (the "Receivership Order") pending in the United States District Court for the Southern District of Florida (the "District Court Case"), which Order appoints the Receiver and outlines the Receiver's powers, adopts the following resolutions:

**WHEREAS,** the Receivership Order gives the Receiver the power to file and prosecute bankruptcy proceedings for the Company, and each of its wholly-owned subsidiaries, namely Mountain Apple, LLC; Kentucky Apple, LLC; and Oklahoma Apple, LLC (together with the Company the "Receivership LLCs");

**WHEREAS,** the Receivership Order gives the Receiver all the powers of the board of directors, manager and/or managing member of, and otherwise has full decision-making authority over each of the Receivership LLCs;

**WHEREAS,** the Receivership Order gives the Receiver full control over and possession of all the assets and books and records of the Receivership LLCs for all purposes, and establishes the Receiver's Florida office as the principal place of business for the Receivership LLCs, which in turn establishes the United States Bankruptcy Court for the Southern District of Florida, Miami Division (the "Bankruptcy Court") as the proper venue for the Receiver to file and prosecute the bankruptcy proceedings;

**NOW THEREFORE, BE IT RESOLVED,** that, in the judgment of the Receiver, who has full authority over the Receivership LLCs, including the Company, and pursuant to the mandate of the Receivership Order, it is required that the Receiver file a Chapter 11 Bankruptcy Petition for the Company.

**RESOLVED,** that in the judgment of the Receiver it is desirable and in the best interests of the Company, its creditors, and other interested parties, that a voluntary petition (the "Petition") be filed by the Company in the Bankruptcy Court seeking relief under the provisions of Title 11 of the Bankruptcy Code, and the filing of such a Petition is authorized hereby; and it is further

**RESOLVED**, that the Receiver is authorized and empowered, on behalf of and in the name of the Company, to execute and verify such Petition and to cause the same to be filed with the Bankruptcy Court at such time as the Receiver executing the Petition on behalf of the Company shall determine; and it is further

**RESOLVED**, that the Receiver be authorized, on behalf of and in the name of the Company, to execute and file all petitions, schedules, lists and other papers and to take any and all actions which the Receiver may deem necessary or proper in the aforesaid Bankruptcy Case; and it is further

**RESOLVED**, that the law firm of Akerman LLP be, and hereby is, employed under a general retainer as attorneys for the Company in the Bankruptcy Case as bankruptcy counsel and for all other relevant purposes; and it is further

**RESOLVED**, that the Receiver be authorized and empowered on behalf of and in the name of the Company, to retain and employ other attorneys, accountants, restructuring professionals, financial advisors and other professionals to assist the Company in connection with the Case on such terms as are deemed necessary, proper or desirable; and it is further

**RESOLVED**, that the Receiver be authorized and empowered to cause the Company to enter into, execute, deliver, certify, file, record and/or perform, such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates and other such documents and take any such actions as are, in the Receiver's judgment, necessary, proper or desirable to prosecute the Bankruptcy Case and to carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is further

IN WITNESS WHEREOF, the undersigned has duly executed these Resolutions on October 3, 2024.

_____
**Name**: Michael I. Goldberg as Receiver

78218880;1

10/03/24  2 47PM

# United States Bankruptcy Court
## Southern District of Florida

In re  **Louisiana Apple LLC**  
Debtor(s)

Case No  
Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Receiver of Louisiana Apple LLC of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **October 4, 2024**

**Michael I Goldberg/Receiver of Louisiana Apple LLC**  
Signer/Title

City National Bank
c/o Paul Battista
Venable LLP
801 Brickell Ave Ste 1500
Miami, FL 33131-4901


Internal Revenue Service
51 SW First Ave, Room 700
Stop 5150
Miami, FL 33130


Louisiana Department of Revenue
617 North Third Street
Baton Rouge, LA 70821


Seenu G. Kasturi
3909 Ambassador Caffery Parkway
Building I
Lafayette, LA 70503